PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL ANDERSON and<br>RICKY PHIENEMANH,<br><br>Defendants. | CASE NO. 2:22-cr-00228-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: July 11, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 11, 2023.

2. By this stipulation, defendant now moves to continue the status conference until **October 17, 2023**, **at 09:00 a.m.**, and to exclude time between July 11, 2023, and October 17, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 838 pages of documents, photographs, video and audio files, and drug lab analyses. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

      b)    Counsel for defendants require additional time to review the discovery, consult with their clients, review the current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

      c)    Jennifer Mouzis, counsel for defendant Darrell Anderson, is scheduled to be in trial in *United States v. Woods*, 2:21-cr-100-JAM, beginning September 18, 2023. Trial is expected to last 3 days.

      d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The government does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2023 to October 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 28, 2023        PHILLIP A. TALBERT
                              United States Attorney

                              /s/ ALSTYN BENNETT
                              ALSTYN BENNETT
                              Assistant United States Attorney

Dated:  June 28, 2023        /s/ MICHAEL R. BARRETTE
                              MICHAEL R. BARRETTE
                              Counsel for Defendant
                              RICKY PHIENEMANH

Dated:  June 28, 2023        /s/ JENNIFER MOUZIS
                              JENNIFER MOUZIS
                              Counsel for Defendant
                              DARRELL ANDERSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 28, 2023         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE