PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00228-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| DARRELL ANDERSON and RICKY PHIENEMANH, | DATE: October 17, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 17, 2023.

2. By this stipulation, defendants now move to continue the status conference until **December 12, 2023, at 09:00 a.m.**, and to exclude time between October 17, 2023, and December 12, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 838 pages of documents, photographs, video and audio files, and drug lab analyses. All of this discovery has been either produced directly to counsel and/or made available for inspection and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                                    1

copying.

b)   Counsel for defendants require additional time to review the discovery, consult with their clients, review the current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

c)   Additionally, counsel for defendant Darrell Anderson currently has a trial set to start on October 16, 2023 in the Placer County Superior Court case of *People v. Anthony Irace* (Case No. 62-178560).

d)   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)   The government does not object to the continuance.

f)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2023 to December 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 11, 2023               PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ ALSTYN BENNETT
                                       ALSTYN BENNETT
                                       Assistant United States Attorney

Dated:  October 11, 2023               /s/ MICHAEL R. BARRETTE
                                       MICHAEL R. BARRETTE
                                       Counsel for Defendant
                                       RICKY PHIENEMANH

Dated:  October 11, 2023               /s/ JENNIFER MOUZIS
                                       JENNIFER MOUZIS
                                       Counsel for Defendant
                                       DARRELL ANDERSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 12, 2023                /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE