JENNIFER MOUZIS, SBN 200280
MOUZIS CRIMINAL DEFENSE
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702

Attorney for Defendant
Darrell Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:22-cr-00228-KJM |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| DARRELL ANDERSON, | |
| Defendant, | |

It is respectfully requested that Attorney JENNIFER MOUZIS be relieved as attorney of record in the above captioned case due to resignation from the Federal CJA Panel and that attorney TIMOTHY WARRINER, 455 Capitol Mall Ste 802, Sacramento, CA 95814-4433; telephone number (916) 443-7141, be substituted in as **appointed** counsel for Darrell Anderson. Mr. Anderson continues to qualify for appointed counsel.

Dated: January 7, 2025

Respectfully submitted,

/s/ Jennifer Mouzis
JENNIFER MOUZIS
Attorney

-1-

I accept the substitution and ask to be appointed.

DATED: January 7, 2025

/s/Timothy Warriner
Timothy Warriner
Attorney at Law

**O R D E R**

IT IS SO ORDERED.

DATED: 1/8/2025

Kimberly J. Mueller
United States District Court Judge